UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | LA12CV03279-MRP (MANx)<br>LA12CV06690-MRP (MANx)<br>LA12CV08558-MRP (MANx) | Date | July 30, 2013 |
|---|---|---|---|
| Title | FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FRANKLIN BANK v. COUNTRYWIDE FINANCIAL SECURITIES CORPORATION, INC., ET AL.<br>FEDERAL DEPOSIT INSURANCE CORPORATION v. BANC OF AMERICA SECURITIES, LLC, ET AL.<br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK v. COUNTRYWIDE SECURITIES CORPORATION, ET AL. | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Isabel Martinez | Miranda Algorri | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| David Grais<br>John M. Moscarino | Brian Pastuszenski<br>Matthew Close<br>Brian C. Devine<br>Christopher Nowlin<br>James C. Rutten |

**Proceedings:** MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINTS (held & completed)

    The case is called and appearances are made. The Court and counsel confer. The Court takes the matter under submission and its order will follow.

CRD INITIALS: IM
TIME: 1:00